**NICHOLAS F. REYES, #102114**
Attorney at Law
1107 "R" Street
Fresno, California 93721
Telephone: (559) 486-4500
Facsimile:    (559) 486-4533

Attorney for Defendant
**MARIBEL ROMAN**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. CR-F-05-254-AWI |
| ) | |
| ) | **ORDER EXONERATING** |
| Plaintiff, ) | **CASH BOND** |
| ) | |
| v. ) | |
| ) | |
| MARIBEL ROMAN, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

   IT IS HEREBY ORDERED that the $2,000.00 cash bond posted by Alvaro Roman, P.O. Box 372, Raisin City, California 93652, for the release of defendant Maribel Roman be exonerated.  Defendant has been sentenced and is currently incarcerated.

IT IS SO ORDERED.

**Dated:    May 19, 2006**          /s/ Anthony W. Ishii
0m8i78                          UNITED STATES DISTRICT JUDGE