1  NICHOLAS F. REYES, #102114
   Attorney at Law
2  1107 "R" Street
   Fresno, California 93721
3  Telephone: (559) 486-4500
   Facsimile:   (559) 486-4533
4
   Attorney for Defendant
5  **MARIBEL ROMAN**

**FILED**

MAY 2 3 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. CR-F-05-254-AWI |
|---|---|
| Plaintiff, | ) **ORDER EXONERATING** <br> ) **CASH BOND** |
| v. | ) |
| MARIBEL ROMAN, | ) |
| Defendant. | ) |

   IT IS HEREBY ORDERED that the $2,000.00 cash bond posted by Alvaro Roman, P.O. Box 372, Raisin City, California 93652, for the release of defendant Maribel Roman be exonerated. Defendant has been sentenced and is currently incarcerated.

   **IT IS SO ORDERED**

Dated: 5-23-06

_____
ANTHONY W. ISHII