PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **Docket Number:  1:05CR00254-01 AWI** |
| | ) | |
| **MARIBEL ROMAN** | ) | |
| | ) | |

On April 12, 2006, the above-named was placed on supervised release for a period of 3 years.  She has complied with the rules and regulations of supervision.  It is accordingly recommended that she be discharged from supervision.

                          Respectfully submitted,

                          /s/ Hubert J. Alvarez

                        **HUBERT J. ALVAREZ
                        Supervising United States Probation Officer**

Dated:       August 12, 2008
               Fresno, California
               HJA/mb

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:  MARIBEL ROMAN**
**Docket Number:  1:05CR00254-01 AWI**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the above-named releasee be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:   **September 5, 2008**              **/s/ Anthony W. Ishii**
                                                                  CHIEF UNITED STATES DISTRICT JUDGE